IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| LARRY WARD, | § | |
| | § | No. 410, 2025 |
| Defendant Below, | § | |
| Appellant, | § | Court Below—Superior Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | C.A. No. SN071-07-043 |
| STATE OF DELAWARE, | § | |
| | § | |
| Appellee. | § | |

Submitted: December 2, 2025
Decided: December 16, 2025

On October 31, 2025, the Chief Deputy Clerk issued a notice, by certified mail, directing the appellant to show cause why this appeal should not be dismissed for his failure to pay the filing fee or a motion and affidavit to proceed *in forma pauperis*. Postal records show that the notice to show cause was delivered by November 17, 2025. A timely response to the notice to show cause was due by December 1, 2025. To date, the appellant has not paid the filing fee or a motion and affidavit to proceed *in forma pauperis*. Dismissal of this appeal is therefore deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that this appeal is DISMISSED.

BY THE COURT:

*/s/ Gary F. Traynor*
Justice